UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Antron Jermaine Rudd, Jr.**                      **Docket No. 4:23-CR-12-1D**

**Petition for Action on Supervised Release**

COMES NOW Matthew A. Fmura, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antron Jermaine Rudd, Jr., who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(l) and 18 U.S.C. § 924(a)(8), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on September 27, 2023, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Antron Jermaine Rudd Jr. was released from custody on April 24, 2025, at which time the term of supervised release commenced.

On May 30, 2025, a Violation Report was submitted advising the court that the defendant was detained by law enforcement following a shooting in Rocky Mount, North Carolina. Rudd was in a vehicle with convicted felons and validated gang members. The matter was held in abeyance pending further investigation and/or charges being filed.

On October 22, 2025, this case was reassigned to the Honorable James C. Dever III, U.S. District Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On October 21, 2025, the defendant notified the probation officer that he reached out to his substance abuse counselor at Straight Walk Family Services and inquired about receiving mental health treatment and/or counseling. Rudd stated he wished to engage in services to help manage stress and stay focused on succeeding. The probation officer suggested a two-pronged approach: engage in mental health treatment to identify any potential mental health diagnoses, then enroll in cognitive behavioral classes to address decision-making skills. Rudd agreed to participate in both programs. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Antron Jermaine Rudd, Jr.
Docket No. 4:23-CR-12-1D
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>Supervising U.S. Probation Officer | /s/ Matthew A. Fmura<br>Matthew A. Fmura<br>U.S. Probation Officer<br>150 Reade Circle<br>Greenville, NC 27858-1137<br>Phone: 252-830-2345<br>Executed On: October 23, 2025 |

## ORDER OF THE COURT

Considered and ordered this __26__ day of __October__, 2025, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
United States District Judge